JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

LILA C. JONES
Trial Attorney
Natural Resources Section
601 D Street, NW
Washington, D.C. 20004
Phone: (202) 514-9859
lila.jones@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOOD AND WATER WATCH**, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE**, et al.,<br><br>Defendants. | Case No.: 1:17-cv-01714<br><br>**JOINT MEET AND CONFER STATEMENT** |

Pursuant to the Court's August 23, 2017 Order (ECF No. 6), the parties have agreed upon the following meet-and-confer statement and a procedure and schedule for resolving disputes, if any, over the Administrative Record. The parties have not reached agreement on a proposed schedule for summary judgment briefing, and separate proposals are set forth below for the Court's consideration.

**Statements of Facts and Nature of Proceedings**

1. Plaintiff alleges violations of the National Environmental Policy Act, 42, U.S.C §§ 4321-4370 relating to Defendants' Environmental Assessment and Finding of No Significant Impact for a federal guaranteed loan to construct and operate a poultry concentrated animal feeding operation.

2. The parties agree that this case is subject to judicial review under the Administrative Procedure Act ("APA"), 5 U.S.C. § 501 *et seq.*; therefore, and pursuant to Local Civil Rule ("LCvR") 16.3(b)(1), it is exempt from compliance with LCvR 16.3 and Federal Rules of Civil Procedure 16(b) and 26(f). Nevertheless, under the Court's Standing Order, the parties are to (a) propose a schedule for the filing of the administrative record and (b) propose a schedule for any motions. *See* ECF No. 6.

3. The parties agree that under the APA, the scope of judicial review in this action is generally limited to the Administrative Record compiled by Federal Defendants. However, Plaintiff reserves the right to assert that the Administrative Records should be supplemented or otherwise augmented pursuant to any applicable exceptions to Record review. Federal Defendants reserve the right to oppose any efforts to supplement the Administrative Record. The parties further agree that the merits of Plaintiff's claims should be resolved on summary judgment pursuant to LCvR 7(h)(2).

**Agreed Proposed Schedule Regarding Administrative Record**

4. The parties request that the Court adopt the following schedule for a procedure for resolving disputes, if any, over the completeness of the Administrative Record.

5. On or before **December 6, 2017**, Federal Defendants shall provide the full, proposed Administrative Record to Plaintiff with an accompanying index. Plaintiff will review

the proposed record and the parties will confer regarding any issues related to the Administrative Record on or before **January 26, 2018**. Should any dispute arise regarding the completeness of the Administrative Record the parties will attempt to negotiate a resolution during this time period.

6. The parties will file a status report on or before **February 2, 2018**, notifying the Court that either: (a) they have reached agreement that the Administrative Record is complete; or (b) that one of the parties intends to move the Court to resolve a dispute regarding the completeness of the Administrative Record, the applicability of any exceptions to Record review, or the need for judicial review of extra-Record materials.

7. Any motion challenging the completeness of the Administrative Record, the applicability of any exceptions to Record review, or the need for judicial review of extra-Record materials shall be filed on or before **February 23, 2018**. Briefing on any such motion shall proceed in accordance with LCvR 7. The parties respectfully request that the Court rule on any record motion as expeditiously as practicable so that the matter is resolved in order for the summary judgment briefing to commence.

## Plaintiff's Proposed Summary Judgment Briefing Schedule

8. Plaintiff respectfully requests that the Court adopt the following briefing schedule for summary judgment briefing:[1]

    a. If the parties reach agreement on the Administrative Record and so notify the Court on February 2, 2018, then Plaintiff shall file its Motion for Summary

---

[1] Plaintiff's counsel informed counsel for Federal Defendants that Plaintiff would stipulate to judgment being entered for Federal Defendants if this Court were to deny Plaintiff's Motion for Summary Judgment, thus obviating the need for Federal Defendants to file a Cross-Motion for Summary Judgment. Accordingly, Plaintiff's proposed schedule results in less briefing for the parties and the Court, a more compressed briefing schedule and adherence to the traditional principle that the party that bears the burden of proof is afforded the last brief.

Judgment on or before **March 2, 2018**. If there is a motion filed to resolve a dispute over the Administrative Record pursuant to paragraph 6(b) above, Plaintiffs shall file its Motion for Summary Judgment on or before 30 days after this Court rules on such motion.

b. On or before 30 days after Plaintiff files its Motion for Summary Judgment, Federal Defendants shall file their Opposition to Plaintiffs' Motion for Summary Judgment.

c. On or before 14 days after Federal Defendants file their Opposition to Plaintiff's Motion for Summary Judgment, Plaintiff shall file its Reply.

d. On or before 14 days following the final summary judgment memorandum, Plaintiffs shall file the joint Administrative Record appendix pursuant to LCvR 7(n)(2).

**Defendants' Proposed Summary Judgment Briefing Schedule**

9. Defendants respectfully request that the Court adopt the following briefing schedule for summary judgment briefing:

a. If the parties reach agreement on the Administrative Record and so notify the Court on February 2, 2018, then Plaintiff shall file its Motion for Summary Judgment on or before **March 2, 2018**. If there is a motion filed to resolve a dispute over the Administrative Record pursuant to paragraph 6(b) above, Plaintiffs shall file its Motion for Summary Judgment on or before 30 days after this Court rules on such motion.

4 – JOINT MEET AND CONFER STATEMENT
*Food and Water Watch v. United Stated Department of Agriculture, et al*, No. 1:17-cv-01714

    b. On or before 30 days after Plaintiff files its Motion for Summary Judgment, Federal Defendants shall file their combined Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment.

    c. On or before 30 days after Federal Defendants file their combined Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment, Plaintiff shall file a single combined Reply and Opposition to Federal Defendants Cross-Motion for Summary Judgment.

    d. On or before 14 days after Plaintiff files its combined Reply and Opposition to Federal Defendants Cross-Motion for Summary Judgment, Federal Defendants shall file their Reply.

    e. On or before 14 days following the final summary judgment memorandum, Plaintiffs shall file the joint Administrative Record appendix pursuant to LCvR 7(n)(2).

10. Defendants have proposed staggered summary judgment briefing, as opposed to simultaneous beefing, for two reasons. First, staggered briefing promotes efficiency because each brief will respond to the specific arguments presented in the prior brief. Second, allowing each party to make an individual motion allows each party to raise all available arguments rather than restricting one party to a purely responsive position.

## Hearing Date

11. The parties respectfully request that the Court set a hearing date for oral argument on summary judgment as soon as practicable after briefing has concluded.

    Respectfully submitted this 13th day of November, 2017.

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division


*/s/ Lila C. Jones*
LILA C. JONES (NM 148098)
Trial Attorney
Natural Resources Section
601 D Street, NW
Washington, D.C. 20004
Phone: (202) 514-9859
Fax:  (202) 305-0506
NM Bar No. 148098
lila.jones@usdoj.gov

*Counsel for Federal Defendants*


*/s/ Kevin Cassidy*
KEVIN CASSIDY
Earthrise Law Center
P.O. Box 445
Norwell, MA 02061
Telephone: (781) 659-1696
Email: cassidy@lclark.edu


TARAH HEINZEN
Food and Water Watch
1616 P. St. NW Suite 300
Washington, DC 20036
Telephone (202) 683-2457
Email:theinzen@fwwatch.org

*Counsel for Plaintiff*