## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOOD AND WATER WATCH**, a non-profit corporation, | Case No. 1:17-cv-01714-BAH |
| Plaintiff, | Hon. Beryl A. Howell |
| v. | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, et al., | **FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL THE COMPLETE ADMINISTRATIVE RECORD** |
| Defendants. | |

## THE ADMINISTRATIVE RECORD

Plaintiff challenges the Farm Service Agency's ("FSA") compliance with the National Environmental Policy Act ("NEPA") in determining whether to issue a loan guarantee in support of a poultry farm.  ECF No. 1.  Under FSA procedures, the issuance of a loan guarantee includes two distinct processes: an analysis of the loan applicant's financial eligibility, and an environmental review under NEPA.  *See generally*, 7 C.F.R. § 762.120 (providing applicant's pre-application financial eligibility requirements); 7 C.F.R. §§ 1940.301–350 (2015) (providing for environmental review).  On December 6, 2017, Defendants lodged with this Court the Index of Administrative Record ("Record") pertaining to the NEPA analysis challenged by Plaintiff's complaint.  ECF No. 14.

Plaintiff now seeks to compel Defendants to add to the Record before the Court the financial documents considered by FSA in making the loan guarantee decision.  ECF No. 18. Because Plaintiff challenges only whether FSA completed an appropriate environmental analysis under NEPA and does not dispute the FSA's financial analysis, *see* ECF No. 20 at 33 (conceding that "all of Plaintiff's claims allege violations of NEPA"), Defendants do not believe the financial record documents are necessary for judicial review of this case.  Nonetheless, Defendants will agree to provide the Court and the Plaintiff with the financial documents considered by FSA in issuing the guarantee provided that the parties can agree to a protective order that ensures the safety and careful protection of the sensitive financial and personal information contained in the documents.

Respectfully submitted on this 13th day of April, 2018.

                                      JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Lila C. Jones*
LILA C. JONES (NM 148098)
Trial Attorney
Natural Resources Section
601 D Street, NW
Washington, D.C. 20004
Phone: (202) 514-9859
Fax:  (202) 305-0506
NM Bar No. 148098
lila.jones@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of April, 2018, I filed the foregoing documents electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                  /s/  *Lila C. Jones*
                                                  Lila C. Jones
                                                  Attorney for Defendants